IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALLEN CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 14-0517-WS-N |
| | ) |
| VERIZON WIRELESS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At a scheduling conference conducted on this date, plaintiff notified Magistrate Judge Nelson that he has settled all of his claims against all defendants, including those against the Verizon defendants which were previously referred to arbitration. This notice follows on the heels of representations by each defendant (*i.e.*, the Verizon entities, Experian Information Solutions, Inc., Trans Union LLC, and Diversified Consultants, Inc.) over the last few days that settlement was in the offing or had been reached. (*See* docs. 33, 35, 37.)

In light of these developments, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **60 days** after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 5th day of March, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE